UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| ROBERT VAN TUINEN,<br><br>            Plaintiff,<br><br>   v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, DR. JOAN SMITH, JILL STEARNS, MICHAEL GUERRA, BRENDA THAMES, BECKY CROW, CHRISTINE SERRANO, DOE DEFENDANT 1,<br><br>            Defendants. | Case No.:  1:13-CV-01630-LJO-SAB<br><br>Complaint Filed: October 10, 2013<br><br>**ORDER EXTENDING TIME TO FILE RESPONSE TO COMPLAINT** |

**ORDER**

Having considered the parties' Stipulation To Extend Time to File Response to Complaint ("Stipulation"), and good cause appearing, the Court orders as follows: Defendants the Yosemite Community College District, Dr. Joan Smith, Jill Stearns, Michael Guerra, Brenda Thames, Becky Crow, and Christine Serrano will have until December 30, 2013 in which to file a response, including but not limited to an answer or a motion pursuant to Federal Rule of Civil Procedure 12, to the Complaint of Plaintiff in this matter.

IT IS SO ORDERED.

Dated:   **November 6, 2013**

UNITED STATES MAGISTRATE JUDGE

2