UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| ROBERT VAN TUINEN,<br><br>    Plaintiff,<br><br> v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, DR. JOAN SMITH, JILL STEARNS, MICHAEL GUERRA, BRENDA THAMES, BECKY CROW, CHRISTINE SERRANO, DOE DEFENDANT 1,<br><br>    Defendants. | Case No.:  1:13-CV-01630-LJO-SAB<br><br>ORDER TO CONTINUE SCHEDULING CONFERENCE |

**Error! Unknown document property name.**

**ORDER**

Having considered the parties' Stipulation re: Case Schedule ("Stipulation"), and good cause appearing, the Court orders as follows:

1. Defendants the Yosemite Community College District, Dr. Joan Smith, Jill Stearns, Michael Guerra, Brenda Thames, Becky Crow, and Christine Serrano will have until February 24, 2014 in which to file a response, including but not limited to an answer or a motion pursuant to Federal Rule of Civil Procedure 12, to the Complaint of Plaintiff in this matter; and

2. The Scheduling Conference, currently set for January 14, 2014 at 9:00 a.m., is rescheduled to take place March 18, 2014 at 3:00 p.m.

IT IS SO ORDERED.

Dated: **December 18, 2013**

UNITED STATES MAGISTRATE JUDGE