1  Eileen O'Hare-Anderson, Bar No. 159178
   eanderson@lcwlegal.com
2  Michael E. Lehman, Bar No. 133523
   mlehman@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  5250 North Palm Ave, Suite 310
   Fresno, California 93704
5  Telephone:    559.256.7800
   Facsimile:    559.449.4535
6
7  David A. Urban, Bar No. 159633
   durban@lcwlegal.com
   LIEBERT CASSIDY WHITMORE
8  A Professional Law Corporation
   6033 West Century Boulevard, 5th Floor
9  Los Angeles, California 90045
   Telephone:    310.981.2000
10 Facsimile:    310.337.0837

11 Attorneys for Defendants YOSEMITE COMMUNITY COLLEGE
   DISTRICT, DR. JOAN SMITH, JILL STEARNS, MICHAEL
12 GUERRA, BRENDA THAMES, BECKY CROW and
   CHRISTINE SERRANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| ROBERT VAN TUINEN, | Case No.: 1:13-CV-01630-LJO-SAB |
|---|---|
| Plaintiff, | Complaint Filed: October 10, 2013 |
| v. | **STIPULATION RE: CASE SCHEDULE** |
| YOSEMITE COMMUNITY COLLEGE DISTRICT, DR. JOAN SMITH, JILL STEARNS, MICHAEL GUERRA, BRENDA THAMES, BECKY CROW, CHRISTINE SERRANO, DOE DEFENDANT 1, | |
| Defendants. | |

787560.1 YO072-015.

STIPULATION RE: CASE SCHEDULE

Plaintiff Robert Van Tuinen ("Plaintiff") and Defendants the Yosemite Community College District, Dr. Joan Smith, Jill Stearns, Michael Guerra, Brenda Thames, Becky Crow, and Christine Serrano ("Defendants") by and through their respective counsel of record, hereby stipulate and agree as follows:

1. WHEREAS by order of this Court, the deadline for Defendants to file a response to Plaintiff's Complaint is February 24, 2014;

2. WHEREAS the Scheduling Conference in this matter is currently set for March 18, 2014;

3. WHEREAS the parties are currently in the process of settling this this matter, and expect to have a settlement agreement signed shortly;

4. WHEREAS the current date of the Scheduling Conference requires the parties to meet-and-confer on the case status, discovery, trial dates and case deadlines, and other matters; to prepare a report to the Court, to prepare initial disclosures; and to incur fees and expenses associated with this work;

5. WHEREAS the parties believe settlement will be facilitated by moving the deadlines at issue approximately four (4) weeks;

Plaintiff and Defendants thus hereby STIPULATE AND AGREE AS FOLLOWS:

1. Defendants will have until March 24, 2014 in which to file a response, including but not limited to an answer or a motion pursuant to Federal Rule of Civil Procedure 12, to the Complaint of Plaintiff in this matter; and

\\\
\\\
\\\
\\\
\\\
\\\
\\\

787560.1  YO072-015.

2

STIPULATION RE: CASE SCHEDULE

2. The Scheduling Conference will be re-set to April 15, 2014, or a date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

Dated:  February 24, 2014                     LIEBERT CASSIDY WHITMORE


By:   /s/  David A. Urban
                David A. Urban
                Attorneys for Defendants YOSEMITE
                COMMUNITY COLLEGE
                DISTRICT, DR. JOAN SMITH, JILL
                STEARNS, MICHAEL GUERRA,
                BRENDA THAMES, BECKY CROW
                and CHRISTINE SERRANO

Dated:  February 24, 2014                     DAVIS WRIGHT TREMAINE LLP


By:   /s/  Ronald G. London
                Robert Corn-Revere
                Ronald G. London
                Attorneys for Plaintiff
                ROBERT VAN TUINEN

787560.1  YO072-015.

3

STIPULATION RE: CASE SCHEDULE