1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Liebert Cassidy Whitmore
A Professional Law Corporation
Error! No text of specified style in document.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

ROBERT VAN TUINEN,

           Plaintiff,

   v.

YOSEMITE COMMUNITY COLLEGE DISTRICT, DR. JOAN SMITH, JILL STEARNS, MICHAEL GUERRA, BRENDA THAMES, BECKY CROW, CHRISTINE SERRANO, DOE DEFENDANT 1,

           Defendants.

Case No.:  1:13-CV-01630-LJO-SAB

**ORDER TO CONTINUE SCHEDULING CONFERENCE**

**ORDER**

Having considered the parties' Stipulation re: Case Schedule ("Stipulation"), and good cause appearing, the Court orders as follows:

1. Defendants the Yosemite Community College District, Dr. Joan Smith, Jill Stearns, Michael Guerra, Brenda Thames, Becky Crow, and Christine Serrano will have until March 24, 2014 in which to file a response, including but not limited to an answer or a motion pursuant to Federal Rule of Civil Procedure 12, to the Complaint of Plaintiff in this matter; and

2. The Scheduling Conference, currently set for March 18, 2014 at 3:00 p.m., is rescheduled to take place April 29, 2014 at 3:30 p.m.

IT IS SO ORDERED.

Dated:   __February 25, 2014__

_____

UNITED STATES MAGISTRATE JUDGE