# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT VAN TUINEN**, | ) |
| Plaintiff, | ) **Case No. 1:13-CV-01630-LJO-SAB** |
| v. | ) **PROPOSED ORDER FOR** |
| | ) **STIPULATION FOR DISMISSAL** |
| **YOSEMITE COMMUNITY** | ) **WITH PREJUDICE** |
| **COLLEGE DISTRICT, DR. JOAN** | ) |
| **SMITH, JILL STEARNS,** | ) |
| **MICHAEL GUERRA, BRENDA** | ) |
| **THAMES, BECKY CROW,** | ) |
| **CHRISTINE SERRANO,** | ) |
| **DOE DEFENDANT 1,** | ) |
| | ) |
| Defendants. | ) |

On March 14, 2014, the parties jointly submitted a Stipulation for Dismissal to the Court.

Accordingly, the instant matter is dismissed with prejudice, and the parties will bear their own respective costs, including attorney fees and other litigation expenses.

IT IS SO ORDERED.

Dated:   __March 17, 2014__          ____/s/ Lawrence J. O'Neill__
                                     UNITED STATES DISTRICT JUDGE